IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD E. JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-2033 |
| | : | |
| NANCY A. BERRYHILL[1] | : | |
| *Acting Commissioner of Social Security* | : | |

## **ORDER**

AND NOW, this 20th day of December, 2017, upon consideration of Plaintiff Reginald E. Johnson's Brief and Statement of Issues in Support of Request for Review and Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, to which no objections have been filed,[2] it is ORDERED:

1. The Report and Recommendation (Document 17) is APPROVED and ADOPTED;

2. Johnson's Request for Review (Document 13) is GRANTED; and

3. The case is REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further review consistent with Judge Strawbridge's Report and Recommendation.

4. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Federal Rule of Civil Procedure 25(d), Berryhill is substituted for Carolyn W. Colvin as the Defendant in this case.

[2] The Report and Recommendation was sent to all parties of record on November 29, 2017, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within fourteen days after service thereof. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.